# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENT FORMICA, Individually and on Behalf of All Others Similarly-Situated** | : | **CIVIL ACTION** |
| **v.** | : | |
| **US ENVIRONMENTAL INC.** | : | **NO. 18-459** |

## ORDER

**NOW**, this 11th day of July, 2018, upon consideration of the defendant's Motion to Partially Dismiss Plaintiff's Amended Complaint (Document No. 15), the plaintiff's response, and the defendant's reply, **IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Count III (Breach of Oral Contract) and Count IV (Unjust Enrichment) of the plaintiff's Amended Complaint are **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.