UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENT FORMICA**, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>**US ENVIRONMENTAL, INC.**,<br><br>Defendant | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO.: 18-0459<br>:<br>:<br>:<br>:<br>: |

## MOTION TO CONDUCT THE PRELIMINARY APPROVAL HEARING BY TELEPHONE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Brent Formica, who respectfully moves this Court as follows:

The Preliminary Approval Hearing is scheduled on January 15, 2019, at 10:15 a.m. (Dkt. #49). Lead counsel for Plaintiff, Philip Bohrer and Scott Brady, reside in Baton Rouge, Louisiana. Furthermore, Scott Brady has a hearing in the 18th Judicial District Court in the Parish of West Baton Rouge, Louisiana, on January 14, 2019. Therefore, Plaintiff respectfully requests that the Preliminary Approval Hearing be conducted telephonically. Plaintiff Counsel will initiate the call.

Defense Counsel has been contacted and has no opposition to conducting the Pretrial Conference by telephone.

**WHEREFORE,** Plaintiff respectfully requests that the Court conduct the January 15, 2019 Preliminary Approval Hearing by telephone.

Dated: December 20, 2018          RESPECTFULLY SUBMITTED,

                    By: */s/ Scott E. Brady*
                    Philip Bohrer

Scott E. Brady
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone:  (225) 925-5297
Facsimile: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

Kevin I. Lovitz
**LOVITZ LAW FIRM**
One Liberty Place, 36th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 735-1996
Facsimile: (267) 319-7943
kevin@lovitzlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, December 20, 2018, a copy of the foregoing was served on all counsel of record via ECF/CMF.

*/s/ Scott E. Brady*
Scott E. Brady