# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENT FORMICA, Individually and on Behalf of All Others Similarly-Situated** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **US ENVIRONMENTAL INC.** | : | **NO. 18-459** |

## ORDER

**NOW,** this 20th day of December, 2018, upon consideration of the Motion to Conduct the Preliminary Approval Hearing by Telephone (Document No. 50), it is **ORDERED** that the motion is **DENIED.**

/s/TIMOTHY J. SAVAGE