# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENT FORMICA, individually and On behalf of all others similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> US ENVIRONMENTAL, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION NO.: 18-0459 <br> : <br> : <br> : <br> : |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

The parties, by and through their undersigned attorneys, respectfully move this Honorable Court for final approval of the settlement of claims under the Fair Labor Standards Act, the Pennsylvania Minimum Wage Act, and the Pennsylvania Wage Payment and Collection Law. The parties' arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

*[Remainder of page intentionally left blank.*
*Signature page to follow.]*

By:       /s/ *Scott E. Brady*
           Philip Bohrer, Esq., *Pro Hac Vice*
           Scott E. Brady, Esq., *Pro Hac Vice*
           **BOHRER BRADY LLC**
           8712 Jefferson Highway, Ste. B
           Baton Rouge, LA 70809
           Tel: (225) 925-5297
           Fax: (225) 231-7000
           Email: Phil@bohrerbrady.com
           Email: Scott@bohrerbrady.com


           Kevin I. Lovitz
           **LOVITZ LAW FIRM**
           1650 Market Street, 36th Floor
           Philadelphia, PA 19103
           Tel: (215) 735-1996
           Email: kevin@lovitzlaw.com

           *Attorneys for Plaintiff and the Putative Collective*


By:       */s/ Brian P. Shire*
           Brian W. Waerig
           Brian P. Shire
           **SUSANIN, WIDMAN & BRENNAN, PC**
           656 East Swedesford Road, Suite 330
           Wayne, PA 19087
           Tel: (610) 710-4510

           *Attorneys for Defendant*